IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEXTER SALLIS,

    Plaintiff,

v.

MARY BARTELS, DR. BURTON COX,
MANDY MATHSON and JOHN
PAQUIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-514-slc

This action came for consideration before the court with MAGISTRATE JUDGE STEPHEN L. CROCKER presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____
Peter Oppeneer, Clerk of Court

_____8/25/09_____
Date