IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEXTER SALLIS,

                Plaintiff,                      OPINION and ORDER

v.

                                                  08-cv-514-slc

DR. BURTON COX and JOHN PAQUIN,

                Defendants.

---

On September 18, 2009 I allowed plaintiff until October 9, 2009 to submit a trust fund account statement in support of his request to proceed *in forma pauperis* on appeal. I advised him if he did not submit the statement, I would deny his request for leave to proceed <u>in forma pauperis</u> on the ground that he has failed to show that he is entitled to indigent status on appeal. Plaintiff did not submit his trust fund account statement. Rather, he attempted to voluntarily dismiss his appeal but did not file his request in the appropriate court.

Because plaintiff has not submitted his trust fund account statement, I am denying his request to proceed *in forma pauperis* on appeal.

ORDER

IT IS ORDERED that plaintiff's request to proceed *in forma pauperis* on appeal, dkt. 55, is DENIED.

Entered this 13th day of January, 2010.

                                                  BY THE COURT:

                                                  /s/

                                                  STEPHEN L. CROCKER
                                                  Magistrate Judge